# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PAYTON DUFFEY,

                Petitioner,

v.

JEFFREY A. UTTECHT,

                Respondent.

No. 3:19-CV-5694-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) A certificate of appealability is denied in this case.

(4) As the Court dismisses the Petition without prejudice and will not issue a certificate of appealability, the Court finds Petitioner should not proceed *in forma pauperis* on appeal.

(5) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 13th day of December, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1